UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CV-22027-GOODMAN

VINCENT JONES, KENNETH ALVIS,
THOMAS HOLLIS, JR., ELIJAH GLASTER,
TONY THOMAS, GILFORD WRIGHT, JR.,
RODERICK ROLLE, and JAMES
JOHNSON,

        Plaintiffs,

v.

CARSWELL PROPERTY MAINTENANCE,
INC., a Florida corporation, f/k/a THOMAS &
CARSWELL, INC., and PHYLLIS
CARSWELL,

        Defendants.
_____/

## ORDER GRANTING MOTION TO COMPEL

This cause is before the Court on Plaintiff's Motion to Compel. [ECF No. 208]. The Court held a hearing on the motion on May 7, 2012, during which defense counsel represented that the corporation was presently prepared to respond to all discovery requests, except for discovery relating to the equipment held by the corporation during the last two years, but that the corporation was researching this remaining outstanding information. The Court therefore **GRANTS** the motion to compel. The corporate defendant shall provide all presently available discovery responses by **Wednesday, May 9, 2012** and shall provide the remaining responses relating to equipment by **Friday, May 11, 2012**.

**DONE AND ORDERED** in Chambers at Miami, Florida, May 7, 2012.

                                                      Jonathan Goodman
                                                      United States Magistrate Judge

Copies to: all counsel of record